IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SMART LOCAL 265 WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 22 C 0301 |
| MJ MECHANICAL, LLC, an Illinois limited liability company, | ) ) ) ) | JUDGE ROBERT M. DOW, JR. |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT
AND FOR AN ORDER DIRECTING AN AUDIT**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, MJ MECHANICAL, LLC, an Illinois limited liability company, in the total amount of $116,557.16, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $943.00.

Further, Plaintiffs move for an order directing a full and complete audit of the payroll books and records of MJ MECHANICAL, LLC, an Illinois limited liability company, Defendant herein, for the time period January 1, 2017 through the present, said Defendant having failed to answer or otherwise plead to the Complaint and an audit being necessary to liquidate Plaintiffs' claims.

On January 20, 2022, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to her personally at the company's principal office of record with Illinois Secretary of State (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on February 10, 2022.

On February 3, 2022, Defendant's counsel filed her appearance with this court [Dkt. 8]. However, as of this date, no responsive pleading to Plaintiffs' Complaint has been filed. Accordingly, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\MJ Mechanical\2022\motion for default judgment and audit.cmc.df.wpd

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that on or before the hour of 4:00 p.m., this 28th day of February 2022, she electronically filed the foregoing document (Motion for Entry of Default and Judgment and for an Order Directing an Audit) with the Clerk of Court using the CM/ECF system, which will send notification to the following CM/ECF participant:

> Ms. Colleen G. Thomas
> Thomas Law Office
> 30 North Western Avenue
> Carpentersville, IL 60110
> collections@cgtlaw.com

                            /s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6204026
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\MJ Mechanical\2022\motion for default judgment and audit.cmc.df.wpd